George A. Houseman, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant. (Action No. 1.) — Order affirmed, without costs of this appeal to either party. Held, that while the moving affidavits apparently do not state facts upon which an order for an open commission should have been granted, yet, in view of the laches of the defendant and the correspondence between the attorneys for the respective parties read upon the application herein, and the further fact that the commissions have been executed, the order should be affirmed. All concurred.

George A. Houseman, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant. (Action No. 2.) — Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. Held, that the moving papers do not show the necessity for an open commission nor were adequate terms imposed. (See, also, *Sullivan* v. *Taintor Mfg. Co.*, 144 App. Div. 797, and cases there cited.) All concurred.

Federal Telephone and Telegraph Company, Respondent, v. Bradford E. Stephens, Appellant, Impleaded, etc.— Motion to open default denied, with ten dollars costs, with leave to renew upon proper papers.

In the Matter of the Application of Michael Kazmierczak and Others, Appellants, for an Investigation as to Certain Elections of Trustees of the Polish Roman Catholic Church of the Holy Mother of the Rosary of Buffalo, N. Y., and Others, Respondents.— Appeals dismissed, without costs, upon stipulation filed.